Serial: **262804**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

No. 89-R-99011-SCT

JUN 10 2026

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

*IN RE: COMMISSION ON CONTINUING LEGAL EDUCATION*

## ORDER

Before the Court is the Petition to Amend Regulations 3.2 and 4.9 of the Rules and Regulations for Mandatory Continuing Legal Education filed by the Mississippi Judicial College. After due consideration, the Court finds the petition should be granted and the Rules and Regulations for Mandatory Continuing Legal Education should be amended as set for in Exhibit A. The amendments shall take effect immediately.

IT IS, THEREFORE, ORDERED that the Petition to Amend Regulations 3.2 and 4.9 of the Rules and Regulations for Mandatory Continuing Legal Education is hereby granted.

IT IS, FURTHER, ORDERED that the Clerk of this Court shall spread this Order upon the minutes of the Court and shall forward a true copy hereof to West Publishing Company for publication in the next edition of the Mississippi Rules of Court and in the *Southern Reporter, Third Series, (Mississippi Edition).*

SO ORDERED, this the 10th day of June, 2026.

_____
LESLIE D. KING, PRESIDING JUSTICE

ALL JUSTICES AGREE TO GRANT.

# EXHIBIT A

**Regulation 3.2.**

An instructional hour will in all events contain at least fifty (50) minutes.

**Regulation 4.9.**

Activities offered by any sponsor must provide a qualified on-site moderator and question-and-answer session. Telephone seminars must be conducted 'live,' not pre-recorded, and must provide a question-and-answer session. As a minimum the activity must consist of not less than one (1) instructional hour.